1   **BEALL & BURKHARDT, APC**
    WILLIAM C. BEALL, STATE BAR NO. 97100
2   ERIC W. BURKHARDT, STATE BAR NO. 132812
    1114 STATE STREET
    LA ARCADA BUILDING, SUITE 200
3   SANTA BARBARA, CALIFORNIA, 93101
    (805) 966-6774, FAX (805) 963-5988

4

5   Attorneys for Defendants

6

7               UNITED STATES BANKRUPTCY COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9

10  In re                                )   Bk. No. 2:14-bk-26032-ER
                                         )   Chapter 7
11  Pierce H. O'Donnell,                 )   Adversary No. 2:15-ap-01394-ER
                                         )
12              Debtor.                  )   **STIPULATION TO CONTINUE**
                                         )   **HEARINGS**
13  _____    )
                                         )
    Pierce H. O'Donnell,                 )   Motion to Dismiss Current Date
14                                       )
                      Plaintiff.         )   Date:  October 6, 2015
15                                       )   Time:  10:00 a.m.
            vs.                          )   Place: 255 E. Temple Street
16                                       )          Courtroom 1568
    Susanna Pullen, Drury Pullen, and Dawn Donley )          Los Angeles, CA 90012
17  O'Donnell,                           )
                                         )   Status Conference Current Date
18              Defendants.              )
                                         )   Date:  October 13, 2015
19                                       )   Time:  10:00 a.m.
                                         )   Place: 255 E. Temple Street
20                                       )          Courtroom 1568
                                         )          Los Angeles, CA 90012
21  _____    )

22

23          For two reasons, the parties agree that it would be wasteful of party and judicial resources to

24  hear two pending hearings in this matter on the dates currently set.  First, a ruling by the Court on

25  Defendant Dawn O'Donnell's Motion for Relief from the Automatic Stay will affect this adversary

26  proceeding, and that matter is currently under submission.  Second, the parties have spent two days over

27

28

over the past two weeks in settlement discussions, and although this matter has not been settled, the
parties agreed to continue matters pending the discussions.

Wherefore, IT IS STIPULATED:

1.  That the hearing on Defendants' Motion to Dismiss, currently scheduled for October 6,
    2015 at 10:00 a.m. may be continued to a date convenient to the Court after October 27,
    2015 .

2.  That the status conference in this case currently scheduled for October 13 at 10:00 a.m.
    may be continued to a date convenient to the Court after October 27, 2015.


Dated: September 17, 2015                    BEALL & BURKHARDT, APC

                                             By: _____
                                                 William C. Beall, Attorneys for Defendants

Dated: September 17, 2015                    STEINBERG, NUTTER & BRENT

                                             By: _____
                                                 Peter Steinberg, Attorneys for Plaintiff

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):
   **Notice of Motion to Dismiss**

 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/17/15, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William C Beall     will@beallandburkhardt.com, carissa@beallandburkhardt.com**
- **Brad D Krasnoff (TR)     jmcdaniel@dgdk.com, bkrasnoff@ecf.epiqsystems.com**
- **Peter T Steinberg     mr.aloha@sbcglobal.net**
- **United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 9/17/15__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 9/17/15 | William C. Beall | *(signature)* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**