**BEALL & BURKHARDT, APC**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

FILED & ENTERED

SEP 20 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

Attorneys for Defendants

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

CHANGES MADE BY COURT

| | |
|---|---|
| In re<br><br>Pierce H. O'Donnell,<br><br>           Debtor.<br><br>Pierce H. O'Donnell,<br><br>           Plaintiff.<br><br>vs.<br><br>Susanna Pullen, Drury Pullen, and Dawn Donley O'Donnell,<br><br>           Defendants. | Bk. No. 2:14-bk-26032-ER<br>Chapter 7<br>Adversary No. 2:15-ap-01394-ER<br><br>**ORDER ON STIPULATION TO CONTINUE HEARINGS**<br><br>Motion to Dismiss Current Date<br><br>Date:  October 6, 2015<br>Time:  10:00 a.m.<br> Place:  255 E. Temple Street<br>          Courtroom 1568<br>          Los Angeles, CA 90012<br><br>Status Conference Current Date<br><br>Date:  October 13, 2015<br>Time:  10:00 a.m.<br> Place:  255 E. Temple Street<br>          Courtroom 1568<br>          Los Angeles, CA 90012 |

By reason of the Stipulation between the parties,

IT IS HEREBY ORDERED:

1. That the hearing on Defendants' Motion to Dismiss, currently scheduled for October 6, 2015 at 10:00 a.m. will be held on **November 4, 2015, at 10:00 a.m.**

1

2. That the status conference in this case currently scheduled for October 13 at 10:00 a.m. will be held on **December 8, 2015, at 10:00 a.m.**

# # # #

Date: September 20, 2015

Ernest M. Robles
United States Bankruptcy Judge

2