BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Defendants

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Pierce H. O'Donnell,<br><br>        Debtor.<br><br>Pierce H. O'Donnell,<br><br>        Plaintiff.<br><br>vs.<br><br>Susanna Pullen, Drury Pullen, and Dawn Donley O'Donnell,<br><br>        Defendants. | Bk. No. 2:14-bk-26032-ER<br>Chapter 7<br>Adversary No. 2:15-ap-01394-ER<br><br>**STIPULATION TO DISMISS ADVERSARY PROCEEDING**<br><br>Date: November 4, 2015<br>Time: 10:00 a.m.<br>Place: 255 E. Temple Street<br>      Courtroom 1568<br>      Los Angeles, CA 90012 |

Based upon the ruling by the Court on Defendant Dawn O'Donnell's Motion for Relief

IT IS STIPULATED that the within adversary proceeding may be dismissed with prejudice.

Dated: October 29, 2015            BEALL & BURKHARDT, APC


                                   By: _____/s/ William C. Beall_____
                                       William C. Beall, Attorneys for Defendants

1

Dated: October 29, 2015

STEINBERG, NUTTER & BRENT

By: _____
Peter Steinberg, Attorneys for Plaintiff

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):
**Stipulation to Dismiss Adversary Proceeding**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/29/15, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Brad D Krasnoff (TR)    jmcdaniel@dgdk.com, bkrasnoff@ecf.epiqsystems.com
- Peter T Steinberg    mr.aloha@sbcglobal.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/29/15__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/29/15 | William C. Beall | *William C. Beall* |
|----------|------------------|---------------------|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE