**BEALL & BURKHARDT, APC**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Defendants

**FILED & ENTERED**

**NOV 02 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

**CHANGES MADE BY COURT**

| | |
|---|---|
| In re<br><br>Pierce H. O'Donnell,<br><br>          Debtor.<br><br>Pierce H. O'Donnell,<br><br>          Plaintiff.<br><br>          vs.<br><br>Susanna Pullen, Drury Pullen, and Dawn Donley O'Donnell,<br><br>          Defendants. | Bk. No. 2:14-bk-26032-ER<br>Chapter 7<br>Adversary No. 2:15-ap-01394-ER<br><br>**ORDER DISMISSING ADVERSARY PROCEEDING AND VACATING NOVEMBER 4, 2015 HEARING ON MOTION TO DISMISS**<br><br>Motion to Dismiss Current Date<br><br>Date:  November 4, 2015<br>Time:  10:00 a.m.<br> Place:  255 E. Temple Street<br>           Courtroom 1568<br>            Los Angeles, CA 90012 |

By reason of the Stipulation between the parties,

IT IS HEREBY ORDERED that the within adversary proceeding is dismissed with prejudice.

\

1

1
2 # # # #
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  Date: November 2, 2015

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge

25
26
27
28